# PD-1298-15

Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

RECEIVED IN
COURT OF APPEALS, 5th DIST.

SEP 2 2 2015

LISA MATZ
CLERK, 5th DISTRICT

September 15, 2015

Dear Lisa Matz, District Clerk:

Please find enclosed Appellant's Motion for Extension regarding Petition for Discretionary Review under Cause No. 05-13-01543-CR on appeal from the 416th Judicial District Court.

If you could please file this motion and bring to the attention of the Court I would greatly appreciate it very much. I want to thank you for your time regarding this matter, and I look forward to hearing from you soon.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 01 2015

Abel Acosta, Clerk

Respectfully submitted,

*Miguel A Rodriguez*
Miguel Antonio Rodriguez, #01893272
Appellant Pro Se
L.V. Hightower Unit
902 FM 686
Dayton, Texas 77535-2299

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

In the Court of Appeals for the
Fifth District of Texas at Dallas

RECEIVED IN
COURT OF APPEALS, 5th DIST.

SEP 2 2 2015

LISA MATZ
CLERK, 5th DISTRICT

MIGUEL ANTONIO RODRIGUEZ,  §
 Appellant      §
         §
         §
V.          §   No. 05-13-01543-CR
         §
         §
         §
THE STATE OF TEXAS  §
 Appellee      §

**MOTION FOR EXTENSION OF TIME REGARDING PETITON FOR DISCRETIONARY REVIEW**

Appellant had received a Mandate from this Court affirming the trial court's judgment in the above-mentioned styled and numbered cause on or around the 8th day of July, 2015. Appellant does not comprehend nor understand the English language, and is presenting this Motion via proxy. Appellant is interested in pursuing his Petition for Discretionary Review so that he may preserve his Insufficiency of Evidence claim for further review in the Federal Writ of Habeas Corpus under United States Code § 2254. Furthermore, Appellant had received only an English copy of the Mandate provided by this Court, and did not understand the contents. Appellant is respectfully requesting an Extension of Time so that he may pursue his Petition for Discretionary Review.

**PRAYER**

The Appellant prays that this Court Grant him an Extension of Time so that he may prepare and file his Petition for Discretionary Review for preservation of his claims in the Federal Writ of Habeas Corpus.

Respectfully submitted,

*Miguel A Rodriguez*
Miguel Antonio Rodriguez
TDCJ No. 01893272
Appellant, Pro Se
L.V. Hightower Unit
902 FM 686
Dayton, Texas 77535-2299

Miguel Antonio Rodriguez
#1893272
Hightower Unit
902 FM 686
Dayton, Tx 77535

NORTH HOUSTON TX 773

17 SEP 2015 PM 4 L

FOREVER

USA

7520265315O

Court of Appeals
Fifth District of Tx at
Dallas George L. Allen Sr.
Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202